**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
The Honorable Sidney B. Brooks

**In re:**

| | | |
|---|---|---|
| **MICHAEL DENIS BRUNK, JR.,** | ) | Case No. 11-26999-SBB |
| SSN: xxx-xx-0369, | ) | |
| **TAMMY MARIE BRUNK,** | ) | |
| SSN:  xxx-xx-1284, | ) | Chapter 7 |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF APPEAL**

  Creditor/Appellant, Gary Ervin, through counsel, Kramer Law, LLC, appeals pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001 from the Order entered September 14, 2012 Denying Motion to Alter or Amend Order Denying Motion for Extension of Time to Object to Discharge (Docket #117) and Judgment in Favor of Debtor's Michael Denis Brunk and Tammy Marie Brunk and Against Creditor Gary Ervin Denying Motion to Alter or Amend Order Denying Motion for Extension of Time to Object to Discharge entered on September 14, 2012 (Docket # 118).

  The names of all parties to the Order and Judgment appealed from, the names and addresses, telephone numbers and emails of their respective attorneys are as follows:

  Debtors/Appellees Michael Denis Brunk and Tammy Marie Brunk:  Sandra Stanley, Shaver & Stanley, LLC, 326 Main Street, Suite 223, The Fox Building, Grand Junction, CO 81501.  970-244-8880.  sstanley@mesa.net

  Debtors/Appellees Michael Denis Brunk and Tammy Marie Brunk:  Aaron Israels, Israels & Goldworthy, LLP, 4155 E. Jewell Avenue, Suite 502, Denver, CO 80222.  303-268-3991.  isarelsplc@gmail.com

  Submitted this 25th day of September 2012.

      KRAMER LAW LLC

      /S/ Harvey L. Kramer
      Harvey L. Kramer, Reg. No. 31239
      Attorneys for Gary Ervin

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 25th day of September 2012 a true and correct copy of the **NOTICE OF APPEAL** were placed in the United States Mail, postage prepaid and correctly addressed to the following:

| | |
|---|---|
| Sandra Stanley, Esq.<br>326 Main Street, Suite 223<br>Grand Junction, CO 81501 | Aaron Israels, Esq.<br>Israels & Goldsworthy, LLP<br>4155 E. Jewell Ave., Ste. 502<br>Denver, Colorado 80222 |
| US Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202-2415 | Douglas E. Larson, Trustee<br>422 White Avenue, Suite 323<br>Grand Junction, CO 81501 |

                /S/ Harvey L. Kramer